NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALIFORNIA CASUALTY AND FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRACY MONTEZ, LEXIE MONTEZ, CHRISTIAN PEREZ, AND TRI-STATE LUXURY RENTALS LLC (interested party defendant), and ABC CORP (1 through 3),<br><br>Defendants. | No. 2:22-cv-02941 (EP) (JBC)<br><br>**ORDER & JUDGMENT** |

Plaintiff California Casualty and Fire Insurance Company ("California Casualty") having moved for summary judgment against all Defendants pursuant to Fed. R. Civ. P. 56(a) (D.E. 26-2) and default judgment against Defendant Tri-State Luxury Rentals LLC ("Tri-State") pursuant to Fed. R. Civ. P. 55(b)(2) (D.E. 28-2), and Defendants Tracy and Lexie Montez ("Montez Defendants") having cross-moved for summary judgment (D.E. 29-4), and the Court having reviewed Montez Defendants' opposition (D.E. 29-4) and California Casualty's reply (D.E. 27) and all other relevant items on the docket, and having determined that oral argument is not necessary to resolve these motions, and for good cause shown,

**IT IS**, on this **17th** day of **January** 2024, for the reasons in the accompanying Opinion,

**ORDERED** that California Casualty's summary judgment motion (D.E. 26-2) is **GRANTED**; and it is further

**ORDERED** that California Casualty's default judgment motion against Defendant Tri-State (D.E. 28-2) is **GRANTED**; and it is further

**DECLARED** that California Casualty has no liability coverage obligations to any of the Defendants for any suit or claim arising out of the accident involving the Lamborghini Tri-State rented to Defendant Lexie Montez; and it is further

**DECLARED** that California Casualty has no collision coverage obligations to the Montez Defendants for any suit or claim arising out of the accident involving the Lamborghini Tri-State rented to Defendant Lexie Montez; and it is further

**ORDERED** that the Montez Defendants' cross-motion for summary judgment (D.E. 29-4) is **DENIED**, and it is finally,

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.[1]

_____
Evelyn Padin, U.S.D.J.

---

[1] This is a final, appealable judgment.